IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED

1965

R. C. DOBSON, CLERK

By_____
Deputy Clerk

|  |  |  |
|---|---|---|
| HOSEA WILLIAMS, JOHN LEWIS AND AMELIA BOYNTON, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, | * | |
| PLAINTIFFS, | * | |
| VS. | * | CIVIL ACTION |
| HONORABLE GEORGE C. WALLACE, AS GOVERNOR OF THE STATE OF ALABAMA; AL LINGO, AS DIRECTOR OF PUBLIC SAFETY FOR THE STATE OF ALABAMA; AND JAMES G. CLARK, AS SHERIFF OF DALLAS COUNTY, ALABAMA, | * | NO. 2181-N |
| DEFENDANTS. | * | |

MOTION FOR PRELIMINARY INJUNCTION

PLAINTIFFS, UPON THEIR VERIFIED COMPLAINT FILED HEREIN MOVE THE COURT

TO GRANT A PRELIMINARY INJUNCTION HEREIN AGAINST DEFENDANTS AND ALL OTHER PERSONS

UNDER THEIR DIRECTION AND AUTHORITY, INCLUDING AGENTS, SUBORDINATES, EMPLOYEES,

ATTORNEYS, SUCCESSORS AND ALL PERSONS ACTING IN CONCERT WITH THEM PENDING THE

FINAL DETERMINATION OF THIS ACTION AND UNTIL THE FINAL ORDER OF THIS COURT,

ENJOINING THEM FROM TAKING ANY ACTION TO INTERFERE WITH THE PLAINTIFFS'
OF PEACEFUL NON-VIOLENT EFFORT IN BEHALF OF NEGRO-VOTER REGISTRATION IN ALABAMA AND
CONSTITUTIONALLY PROTECTED RIGHT/TO PEACEFULLY WALK ALONG THE PUBLIC HIGHWAYS OF

THE STATE OF ALABAMA AND TO TAKE APPROPRIATE MEASURES TO PROTECT AND GUARANTEE

PLAINTIFFS' AFORESAID CONSTITUTIONAL RIGHTS ON THE GROUND THAT UNLESS RESTRAINED

BY THIS COURT, DEFENDANTS WILL CONTINUE TO DEPRIVE PLAINTIFFS OF THEIR CONSTITU-

TIONAL RIGHTS WITH RESULTANT IMMEDIATE IRREPARABLE INJURY, LOSS AND DAMAGE TO

PLAINTIFFS AND MEMBERS OF THE CLASS THEY REPRESENT DURING THE PENDENCY OF THIS

ACTION AS MORE FULLY APPEARS FROM THE COMPLAINT HEREIN.

RESPECTFULLY SUBMITTED

Peter A. Hall

PETER A. HALL
1630 4TH AVENUE N.
BIRMINGHAM, ALABAMA

VERIFICATION

STATE OF ALABAMA )
: S S
COUNTY OF MONTGOMERY )

BEFORE ME, THE UNDERSIGNED AUTHORITY IN AND FOR THE COUNTY
OF MONTGOMERY, STATE OF ALABAMA, PERSONSLLY APPEARED HOSEA WILLIAMS,
WHO AFTER BEING FIRST DULY SWORN, DEPOSES AND SAYS THAT HER HAS
READ THE FOREGOING COMPLAINT AND THAT THE CONTENTS THEREOF ARE TRUE
AND CORRECT TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

_____
HOSEA WILLIAMS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8TH DAY OF
MARCH, 1965.

_____
NOTARY PUBLIC