IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE

DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HOSEA WILLIAMS, JOHN LEWIS and AMELIA BOYNTON, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff-Intervenor,<br><br>        vs.<br><br>HONORABLE GEORGE C. WALLACE, as Governor of the State of Alabama; AL LINGO, as Director of Public Safety for the State of Alabama; and JAMES G. CLARK, as Sheriff of Dallas County, Alabama,<br><br>        Defendants. | FILED<br>MAR 17 1965<br>E. C. DOBSON<br>Clerk<br>By .........................<br>       Deputy Clerk<br><br><br>CIVIL ACTION NO. 2181-N |

PRELIMINARY INJUNCTION

This cause coming on to be heard upon the motions of the plaintiffs and the plaintiff-intervenor, United States of America, for a preliminary injunction and also upon the motion of the defendant Governor Wallace for a preliminary injunction, and due notice having been given to all parties, and the Court having considered the testimony offered in support of and in opposition to said motions and being fully advised in the premises, and for the reasons set forth in the memorandum opinion of this Court entered on this date and pursuant thereto, it is

ORDERED, ADJUDGED and DECREED that, pending further order of this Court, George C. Wallace, as Governor of the State of Alabama, Albert J. Lingo, as Director of Public Safety for the State of Alabama, and James G. Clark, Jr., as Sheriff of Dallas County, Alabama, their successors in office, agents, representatives, employees, and other persons in active concert and participation with them be and each is hereby restrained and enjoined from:

(1) Arresting, harassing, threatening, or in any way interfering with the efforts to march or walk, or the marching or walking, by the plaintiffs, members of their class, and others who may join with them, along U.S. Highway 80 from Selma, Alabama, to Montgomery, Alabama, said march, as presently approved by this Court, to commence in Selma, Alabama, not earlier than Friday, March 19, 1965, and not later than Monday, March 22, 1965, and to terminate in Montgomery, Alabama; and

(2) Otherwise obstructing, impeding, or interfering with the peaceful, nonviolent efforts by said plaintiffs, members of their class, and others who may join with them, in protesting and demonstrating by assembling and by marching along U.S. Highway 80 from Selma, Alabama, to Montgomery, Alabama, as said march is proposed in plaintiffs' plan filed with this Court and served on the defendants on March 16, 1965, and to the extent that said plan is presently approved by this Court.

It is further ORDERED, ADJUDGED and DECREED that, pending further order of this Court, the defendants George C. Wallace, as Governor of the State of Alabama, Albert J. Lingo, as Director of Public Safety for the State of Alabama, and James G. Clark, Jr., as Sheriff of Dallas County, Alabama, their successors in office, agents, representatives, employees, and all others acting in concert with them, be and each is hereby restrained and enjoined from failing to provide police protection for the plaintiffs, members of their class, and others who may join with them, in their march, as presently scheduled and presently approved by this Court, to commence not earlier than Friday, March 19, 1965, and not later than Monday, March 22, 1965, along U.S. Highway 80 from Selma, Alabama, to Montgomery, Alabama.

It is further ORDERED, ADJUDGED and DECREED that the motion for preliminary injunction filed by the defendant Governor Wallace, the motion by the plaintiff-intervenor, United States of America, for relief in addition to that herein specifically granted, and the motion of the plaintiffs for relief in addition to that herein specifically granted be and each is hereby denied.

It is further ORDERED that jurisdiction of all matters herein involved be and the same is hereby specifically retained.

Done, this the 17th day of March, 1965.

/s/ Frank M. Johnson, Jr.
UNITED STATES DISTRICT JUDGE