TRANSCRIPT OF PROCEEDINGS

MARCH 11,12,13,15,16, 1965

VOLUMES ONE, TWO & THREE